# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAYMOND HAAG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES, INC., SHIRA D. GOODMAN, ROBERT E. SULTENIC, DREW G. FAUST, CURTIS F. FEENY, PAUL-HENRYI FERRAND, DEBORAH A. HENRETTA, KUNAL S. KAMLANI, JOHN F. LUNDGREN, VIJAY VISHWANATH, PAUL F. WALSH, SYCAMORE PARTNERS, ARCH MERGER SUB INC., and ARCH PARENT, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 17-cv-11447-RWZ |
| STEPHEN BUSHANSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>STAPLES, INC., *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 17-cv-11464-RWZ |

| | | |
|---|---|---|
| MICHAEL HUNTLEY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-cv-11467-RWZ |
| v. | ) ) | |
| STAPLES, INC., *et al.*, | ) ) | |
| Defendants. | ) ) ) ) ) ) ) | |
| LEIF HAUGEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-cv-11480-RWZ |
| v. | ) ) | |
| STAPLES, INC., *et al.*, | ) ) | The Honorable Rya W. Zobel |
| Defendants. | ) ) ) ) ) ) ) ) | |

**STIPULATION AND [PROPOSED] ORDER CLOSING ACTIONS**

WHEREAS, Plaintiffs filed the above-captioned actions (the "Actions") challenging the public disclosures made in the Schedule 14A Definitive Proxy Statement filed with the United States Securities and Exchange Commission on or about August 3, 2017 ("Definitive Proxy") in connection with the proposed merger of Arch Merger Sub Inc. ("Merger Sub"), a wholly-owned

2

subsidiary of Arch Parent Inc. ("Parent"), an affiliate of funds managed by Sycamore Partners Management, L.P. (together with Merger Sub and Parent, "Sycamore"), with and into Staples, Inc. ("Staples");

WHEREAS, the Actions asserted claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on or about August 25, 2017, Staples filed a Schedule 14A supplement to the disclosures contained in the Definitive Proxy (the "Supplemental Disclosures"), which Plaintiffs believe addressed and mooted their claims regarding the sufficiency of the disclosures in the Definitive Proxy;

WHEREAS, on or about September 7, 2017 the Plaintiffs in the Actions submitted stipulated forms of Proposed Orders (the "Proposed Dismissal Orders") that, among other things, voluntarily dismissed with prejudice all of Plaintiffs' claims (without prejudice as to any members of the putative classes) while reserving jurisdiction for the Plaintiffs to submit, and the Court to consider, Plaintiffs' application for an award of attorneys' fees and reimbursement of expenses ("the Fee and Expense Application");

WHEREAS, subsequent to the filing of the Proposed Dismissal Orders, the parties in the Actions negotiated at arms' length to resolve Plaintiffs' requests for fees and expenses in the Actions;

WHEREAS, on or around October 27, 2017, in order to avoid further litigation of the matter, the parties reached agreement to settle Plaintiffs' requests for fees and expenses in the Actions by a payment in the amount of $250,000.00 USD (the "Agreed Fee"), thereby rendering the Fee and Expense Application unnecessary and obviating the need for the Court to retain jurisdiction in the Actions;

WHEREAS, Defendants do not admit that the Supplemental Disclosures contained any material information or disclosed any additional material facts, and Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Actions was ever meritorious;

WHEREAS, the parties respectfully request that the Court enter this Stipulation as an Order of the Court;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED that:

1.   The Actions are closed for all purposes.

Dated: November __, 2017                **SO ORDERED.**

                                        _____
                                        HON. RYA W. ZOBEL

Dated November 13, 2017

                                        **MATORIN LAW OFFICE, LLC**

                                        By: */s/ Mitchell J. Matorin*
                                        Mitchell J. Matorin (BBO # 649304)
                                        Matorin Law Office, LLC
                                        18 Grove Street, Suite 5
                                        Wellesley, MA 02482
                                        Tel: (781) 453-0100

                                        *Attorney for Plaintiffs*

                                        **WEISSLAW LLP**

ActiveUS 165501418v.1

By: */s/ Richard A. Acocelli*
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025

*Attorneys for Plaintiff Stephen Bushansky*

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel: (302) 295-5310

*Attorneys for Plaintiff Raymond Haag*

**LEVI & KORSINSKY, LLP**

By: *Elizabeth K. Tripodi*
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290

*Attorneys for Plaintiff Michael Huntley*

**MONTEVERDE & ASSOCIATES PC**

By: */s/ Juan E. Monteverde*
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Telephone: (212) 971-1341

*Attorneys for Plaintiff Leif Haugen*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Daniel W. Halston
Daniel W. Halston
Peter J. Kolovos
60 State Street
Boston, MA 020109
Telephone: (212) 373-3000

*Attorney for Defendants Staples, Inc., Shira Goodman, Robert Sulentic, Drew G. Faust, Curtis Feeny, Paul-Henri Ferrand, Deborah A. Henretta, Kunal S. Kamlani, John F. Lundgren, Vijay Vishwanath, and Paul F. Walsh*

**KIRKLAND & ELLIS LLP**

By: */s/ Yosef J. Riemer*
Yosef J. Riemer
601 Lexington Ave
New York, NY 10022
Telephone: (212) 446-4802

*Attorney for Defendants Sycamore Partners, Arch Merger Sub Inc., and Arch Parent, Inc.*